# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATE OF AMERICA,** | ) | **CASE NO. 1:20-CR-785-2** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| vs. | ) | **NOTICE OF SERVICE OF** |
| | ) | **DEFENSE DISCOVERY REQUEST** |
| **JESSICA L. CLAY,** | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| **Defendant.** | ) | |

Now comes Defendant, Jessica L. Clay, by and through counsel, pursuant to Fed. Crim. R. 16, and hereby gives notice to this Honorable Court and all interested parties that on November 30, 2020, he submitted his formal request for discovery in the instant matter. Service was made electronically upon the Assistant United States Attorney assigned to this case.

        Respectfully submitted,

        */s/ Samuel G. Amendolara*
        **SAMUEL G. AMENDOLARA #0009316**
        **Attorney for Defendant Jessica L. Clay**
        South Bridge West Executive Park
        755 Boardman-Canfield Road, Ste. M-1
        Youngstown, Ohio 44512
        Telephone: 330.423.0409 Ext. 2
        Facsimile: 330.423.0411
        Email: attyamendolara@yahoo.com

## CERTIFICATION

I hereby certify that on a copy of the foregoing was filed electronically. Notice of this filing will be sent by operations of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

/s/ *Samuel G. Amendolara*
**SAMUEL G. AMENDOLARA #0009316**
**Attorney for Defendant Jessica L. Clay**
**South Bridge West Executive Park**
755 Boardman-Canfield Road, Ste. M-1
Youngstown, Ohio 44512
Telephone: 330.423.0409 Ext. 2
Facsimile: 330.423.0411
Email: attyamendolara@yahoo.com