IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:20-CR-00785 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| VS. | ) | |
| | ) | MOTION TO CONTINUE PRETRIAL |
| JESSICA L. CLAY, | ) | HEARING AND TRIAL |
| | ) | |
| Defendant. | ) | CERTIFICATE OF SERVICE |
| | ) | |

Now comes the Defendant, Jessica L. Clay, by and through counsel, Samuel G. Amendolara and respectfully moves this Honorable Court to continue the Final Pretrial Conference, currently scheduled for Monday, February 28, 2022, at 10:30 AM. and the Jury Trial set for Monday, March 7, 2022, at 9:00 AM.

For cause, Counsel for Defendant in cooperation with the United States District Attorney requires additional time to consummate an agreement pursuant to Rule 11 of the Federal Rules of Criminal Procedure. Assistant U.S. Attorney James P. Lewis has no objection to said continuance in an effort to provide an opportunity to reach an agreement that will be in the interest of justice.

In addition, Attorney Samuel g. Amendolara is previously scheduled for a family vacation beginning Saturday, February 26, 2022, to Tuesday, March 8, 2022, therefore is unavailable for hearing in this court.
This motion is being filed in case such a resolution does not come to fruition.

WHEREFORE, Attorney Samuel G. Amendolara, request this Honorable Court grant this Motion and continue the Final Pretrial Conference and Jury Trial to a future date.

WHEREFORE, counsel requests that the requested motion be granted.

        Respectfully submitted,

/s/*Samuel G. Amendolara*
SAMUEL G. AMENDOLARA #0009316
Attorney for Defendant Jessica L. Clay
South Bridge Executive Park
755 Boardman-Canfield Road
Suite M-1
Youngstown, Ohio 44512
Telephone: 330.423.0409 Ext. 2
Facsimile: 330.423.0411
Email: attyamendolara@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Motion for Continuance was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/Samuel G. Amendolara*
SAMUEL G. AMENDOLARA#0009316
Attorney for Defendant Jessica L. Clay